**Order entered April 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00033-CR

### CHARLES WILLIAM BRYANT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR17-2311**

## ORDER

The reporter's record was due March 2, 2019. When it was not timely filed, we notified court reporter Deborah Hamon by postcard dated March 6, 2019 and directed her to file, by April 5, 2019, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record. To date, the reporter's record has not been filed and we have had no communication from Ms. Hamon.

We **ORDER** court reporter Deborah Hamon to file the complete reporter's record in this appeal **WITHIN TWENTY DAYS OF THE DATE OF THIS ORDER**. We caution Ms. Hamon that the failure to do so will result in this Court taking whatever remedies it has available to ensure this appeal proceeds in a timely manner, including ordering that Ms. Hamon not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brian Williams, Presiding Judge, County Court at Law; court reporter Deborah Hamon, County Court at Law; and counsel for all parties.

/s/    BILL PEDERSEN, III
        JUSTICE